UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jon Flowers,

    Plaintiff,

Case No. 24-cv-2773 PJS/ECW

v.

**ORDER**

Parity Wellness et al.,

    Defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated October 24, 2024, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b).

2. The application to proceed *in forma pauperis* of plaintiff Jon Flowers [Dkt. No. 3] is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 11/25/24

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States Chief Judge